**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 939 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JOSEPH F. RAYNOCK JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.